IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RODGER E. TULLIS | ) | Case No. 5:25-CV-00680 |
| | ) | |
| Plaintiff, | ) | Judge: SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANT'S MOTION FOR** |
| GOJO INDUSTRIES, INC. | ) | **LEAVE TO FILE EXHIBIT 1 TO** |
| | ) | **DEFENDANT'S PARTIAL MOTION** |
| Defendant. | ) | **TO DISMISS UNDER SEAL** |
| | ) | |

Pursuant to Loc. R. 5.2, Defendant GOJO Industries, Inc. respectfully moves this Court for Leave to File Exhibit 1 to Defendant's Partial Motion to Dismiss under seal. On June 17, 2025, the Court granted the parties Joint Motion for a Stipulated Protective Order. (Dkt. #5.) Exhibit 1 is Platiniff's Transition Agreement which contains sensitive and confidential information, including the ages of current and former GOJO employees, which should not be disclosed in the public record. It is designed as Confidential – Subject to Protective Order in accordance with the Stipulated Protective Order.

Respectfully submitted,

*/s/ Heather C. Steele*
Susan C. Rodgers (0055544)
Heather C. Steele (0099105)
Stephen Miller (0101656)
Buckingham, Doolittle & Burroughs, LLC
3800 Embassy Parkway, Suite 300
Akron, Ohio 44333
Email: srodgers@bdblaw.com
       hsteele@bdblaw.com
       smiller@bdblaw.com
T: (330) 258-6409
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that the foregoing was served to all parties on the 13th day of August 2025, via electronic mail as follows:

Dale A. Bernard
The Bernard Law Firm
Crown Centre
5005 Rockside Road, Suite 600
Cleveland, Ohio 44131-6808
dbernard@bernardlaw.com

*Attorney for Plaintiff*

/s/ Heather C. Steele
Susan C. Rodgers (0055544)
Heather C. Steele (0099105)
Stephen Miller (0101656)

*Counsel for Defendant*

4931-0137-0462, v. 1