## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| RODGER E. TULLIS, | ) | CASE NO. 5:25-cv-680 |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| GOJO INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is defendant GOJO Industries, Inc.'s motion for leave to file exhibit 1 to defendant's partial motion to dismiss under seal. (Doc. No. 10.) For good cause shown, the motion is granted.

**IT IS SO ORDERED**.

Dated: August 14, 2025

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**