UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RODGER E. TULLIS, | ) | CASE NO. 5:25-cv-680 |
| | ) | |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| GOJO INDUSTRIES, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is defendant GOJO Industries, Inc.'s ("GOJO") alternative motion for leave to file its answer. (Doc. No. 9.) Plaintiff Rodger E. Tullis did not file a response. GOJO previously filed a partial motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. No. 8.) The partial motion to dismiss has not yet been fully briefed. By way of the present motion, GOJO seeks confirmation from the Court that it need not file an answer to the complaint until after the partial motion to dismiss is resolved.

Federal Rule of Civil Procedure 12(a)(4) states that, in the event a motion under Rule 12 is filed, a responsive pleading is not required until 14 days after the motion is resolved. Fed. R. Civ. P. 12(a)(4). Rule 12(a)(4) makes no distinction between motions directed at the entirety of the pleading and motions directed at only a portion of the pleading. While there is no binding authority on the issue, a plain reading of the rule and common practice among federal courts indicate that any motion under Rule 12—partial or otherwise—suspends the deadline for a responsive pleading until after the motion is resolved. *See Holloway v. JTM Capital Mgmt., LLC*, 5:25-cv-680, 2019

U.S. Dist. LEXIS 34984, *2 (N.D. Ohio March 5, 2019) ("[S]everal courts that have considered the issue found the response time is suspended on all claims when a defendant moves to oppose some but not all claims in a complaint.") (collecting cases).

Pursuant to Rule 12(b)(6), GOJO has filed a motion to dismiss some of plaintiff's claims. (Doc. No. 8.) Under Rule 12(a)(4), the motion to dismiss suspends GOJO's deadline to file a responsive pleading until after the motion to dismiss is resolved. Thus, GOJO does not require the Court's leave to file its answer after the motion to dismiss is resolved. Nonetheless, since GOJO has requested clarification, the Court will grant the motion.

GOJO's alternative motion for leave to file its answer (Doc. No. 9) is GRANTED. Unless ordered otherwise by the Court, GOJO will have 14 days to file and serve its answer after receiving notice of the Court's ruling on GOJO's pending motion to dismiss. (Doc. No. 8.)

**IT IS SO ORDERED**.

Dated: August 28, 2025

                                                 **HONORABLE SARA LIOI**
                                                 **CHIEF JUDGE**
                                                 **UNITED STATES DISTRICT COURT**