## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **Rodger E. Tullis,** | : | |
| | : | CASE NO. 5:25-cv-00680 |
| | : | |
| *Plaintiff,* | : | JUDGE: Sara Lioi |
| | : | |
| v. | : | |
| | : | |
| **GOJO Industries, Inc.,** | : | |
| | : | |
| | : | |
| | : | |
| *Defendant.* | : | |

**JOINT MOTION TO EXTEND BY FOURTEEN DAYS THE OCTOBER 7, 2025 CASE MANAGEMENT CONFERENCE AND DEADLINES SET FORTH IN THE COURT'S CASE MANAGEMENT CONFERENCE SCHEDULING ORDER**

Plaintiff Rodger E. Tullis ("Plaintiff") and Defendant GOJO Industries, Inc., ("Defendant," both parties collectively known as the "Parties") hereby submit this Joint Motion to extend the October 7, 2025 Case Management Conference and deadlines set forth in the Court's Case Management Conference Scheduling Order (Doc. # 16) by fourteen days or such longer period of time the Court deems necessary. The Parties jointly request that this Court grant this Joint Motion. This is the first request for such extension and is made in good faith and not for purposes of delay.

This request for enlargement of time is necessary due to Plaintiff's counsel's press of other business and pre-existing deadlines as well as Plaintiff's counsel travel to Europe for 16 days leaving September 15, 2025 and returning September 30, 2025 for a long-scheduled family trip that had to be rescheduled from 2020. The Motion to extend includes, but is not limited to, the

October 7, 2025 Case Management Conference and deadlines for the parties to serve initial disclosures, file the Joint Planning Meeting Report and conduct the Fed. R. Civ. P. Rule 26(f) discovery conference.

      **WHEREFORE,** the Parties respectfully request that this Court grant their Joint Motion and enter an order extending the October 7, 2025 Case Management Conference and deadlines set forth in the Court's Case Management Conference Scheduling Order (Doc. # 16) and described above by fourteen days or such longer period of time the Court deems necessary. A proposed order is attached to this Joint Motion.

      Respectfully submitted,

| | |
|---|---|
| _/s/ Dale A. Bernard_ | _/s/  Susan C. Rodgers_ |
| Dale A. Bernard (#0020001) | Susan C. Rodgers (#0055544) |
| The Bernard Law Firm | Heather C. Steele (#0099105) |
| 5005 Rockside Road. Suite 600 | Stephen Miller (#0101656) |
| Cleveland, Ohio 44131-6808 | **BUCKINGHAM, DOOLITTLE &** |
| Phone: (440) 546-7500 | **BURROUGHS, LLC** |
| Fax: (440) 546-7501 | 3800 Embassy Parkway, Suite 300 |
| Email: Dbernard@bernardlaw.com | Akron, Ohio 44333-8398 |
| | Phone: (330) 376-5300 |
| _Attorney for Plaintiff_ | Facsimile: (330) 258-6454 |
| | Email:  srodgers@bdblaw.com |
| |        hsteele@bdblaw.com |
| |        smiller@bdblaw.com |
| | |
| | _Attorneys for Defendant_ |

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 2, 2025, a copy of the foregoing Joint Motion to Extend by Fourteen Days the October 7, 2025 Case Management Conference and Deadlines Set Forth in the Court's Case Management Conference Scheduling Order (Doc. # 16)  was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Dale A. Bernard
      Dale A. Bernard (0020001)
      Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Rodger E. Tullis,** : | |
| : | CASE NO. 5:25-cv-00680 |
| *Plaintiff,* : | |
| : | JUDGE: Sara Lioi |
| v. : | |
| **GOJO Industries, Inc.,** : | |
| : | |
| *Defendant.* : | |

## PROPOSED ORDER GRANTING
## JOINT MOTION TO EXTEND BY FOURTEEN DAYS THE OCTOBER 7, 2025 CASE MANAGEMENT CONFERENCE AND DEADLINES SET FORTH IN THE COURT'S CASE MANAGEMENT CONFERENCE SCHEDULING ORDER

This matter is before the Court on the Joint Motion to extend by fourteen days the October 7, 2025 Case Management Conference and deadlines set forth in the Court's Case Management Conference Scheduling Order (Doc. # 16) or such longer period of time the Court deems necessary. For good cause shown, this Joint Motion is hereby GRANTED, and the Case Management Conference is rescheduled to _____ and the parties' new deadlines set forth in the Court's Case Management Conference Scheduling Order (Doc. # 16) are extended by fourteen days.

**IT IS SO ORDERED.**

_____          _____
Date                                                                    Judge Sara Lioi